SCANNED at LSP and Emailed
1-28-22 by KS, 10 pages
date initials No.

RECEIVED
JAN 28 2022
Legal Programs Department

A COMPLAINT UNDER THE CIVIL RIGHTS ACT,
42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ZLATKO BRUJAC

392896
Inmate (DOC) number

(Enter above the full name of each plaintiff in this action.)

VERSUS

DEMONTRE SHARP, SERGENT
OMAR WALKER, LIEUTENANT
DAVID VOORHIES, CAPTAIN
Stafford Byrd, Sergent

(Enter above the full name of each defendant in this action.)

## Instructions for Filing Complaint by Prisoners Under the Civil Rights Act, 42 U.S.C. §1983.

This packet includes two copies of a complaint form and one copy of the pauper affidavit.

**IF YOU ARE A PARISH PRISONER**, you must file an original and one copy of your complaint for each defendant you name. For example, if you name two defendants, you must file the original and two copies of the complaint. You should also keep an additional copy of the complaint for your own records.

**IF YOU ARE A D.O.C. PRISONER**, you must file an original and one copy of your complaint. If the defendants are still employed by the Department of Corrections, only one service copy is needed. Otherwise, you must supply a copy of the complaint and the service address for each defendant no longer employed by the Department of Corrections.

**All copies of the complaint must be identical to the original.**

The names of **all parties** must be listed in the caption and in part III of the complaint **exactly**

**the same.**

In order for this complaint to be filed, it must be accompanied by the filing fee of $ 350.00. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants.

If you are unable to pay the filing fee and service costs for this action, you may petition the court to proceed in forma pauperis. For this purpose, a pauper affidavit is included in this packet. You must sign the affidavit, and obtain the signature of an authorized officer certifying the amount of money in your inmate account. If pauper status is granted, you will be required to pay an initial partial filing fee and thereafter, prison officials shall be ordered to forward monthly payments from your inmate account until the entire filing fee is paid.

You will note that you are required to give facts. **THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS. ALSO, DO NOT INCLUDE EXHIBITS.**

When you have completed these forms, mail the original and copies to the Clerk of the United States District Court for the Middle District of Louisiana, 777 Florida Street, Suite 139, Baton Rouge, La. 70801-1712.

I. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No ( X )

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit
   Plaintiff(s): NONE

   ______________________________

   Defendant(s): ______________________________

   ______________________________

2. Court (if federal court, name the district; if state court, name the parish):

   ______________________________

3. Docket number: ______________________________

4. Name of judge to whom case was assigned: ______________________________

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?):

6. Date of filing lawsuit: ______________________________

7. Date of disposition: ______________________________

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, dismissed by any federal court as frivolous, malicious, or for failure to state a claim for which relief can be granted? Yes ( ) No (X )

If your answer is yes, list the civil action numbers and the disposition of each case. You must identify in which federal district or appellate court the action was brought.

II. Place of present confinement: Louisiana State Penitentiary

A. Is there a prisoner grievance procedure in this institution? Yes ( * ) No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes ( * ) No ( )

C. If your answer is YES:

1. Identify the administrative grievance procedure number (s) in which the claims raised in this complaint were addressed. Case No. L. sp. 2021-1815 & Case No. LSP- 2021- 1569

2. What steps did you take? Both Steps

3. What was the result? Denied At Both Steps

D. If your answer is NO, explain why not: ______________________________

## III. Parties

(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff(s) Zlatko Brujac
Address TU/Upper Cell 12

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant DEMONTRE SHARP
is employed as Correctional Officer With SERGENT status
at LSP. Angola,

C. Additional Defendants:

Omar Walker is employed as a correctional officer with a lieutenet status at LSP, Angola La.; David Voorhies is employed as a correctional officer with a captian status at LSP, Angola, La.; Stafford Byrd is employed as a correctional officer with a sergent status at LSP Angola La.

## IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not given any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On 5/17/ 2021 at about 7:30am I was legally undergoing a hunger strike. I ask my tier Sgt., (Sharp) to take the food tray off the window ledge, and make sure to log in the loge book that the tray had been sitting there for hours. Sgt. Sharp picked up the food tray and stated that " we don't give a fuck if you eat or not, you can die as far as we are concerned you white bitch." Sgt. Sharp then pick up the tray and threw it at me hitting the bars and me in my right eye. Food splashed all over me and my cell. I notified Maj. Jack, Lt. Holiday and Col. Simon and showed them my cell and my eye and requested to see medical. I was not seen by medical till 9:p.m. that night and was not allowed to shower nor was my cell cleared.

On 5/18/21 at approximate 9:00 am, Lt. Walker removed me from my cell in CBD U/R #1 and place me in CBD 1/ R shower for reasons unknown. On my way I was verbally harassed by Sgt. Byers with racist and homosexual comments and threats of bodily harm. When I got to lower right shower before in it Cap. Voorhies and Col. Simon were there, I tried to voice Lt. Walker and Sgt. Byrd actions but was told to shut up that, that I was about to see how George Floyd felt for ratting on there boy ( referring to reporting Sgt. Sharp the day before for hitting me with a tray). Lt. Walker placed me in the cell shower and with my legs still restrained and with my hands still cuffed and outside the bars to be taken off Lt. Walker sprayed me in my face point blank for no reason causing me to fell back and slip and fall hurting my back. I requested medical and was sparyed again and told to get up. I was sprayed 6 or 7 different times for up to 20 minutes till someone stopped them.

**V. Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Attach no exhibits.

That the court find defendants in violation of my State and Federal rights and award monetary damages of 150, ooo for damages and injury to my right eye and back and inflcted by this violation and for pain and suffered thru this and in the furture.

**VI. Plaintiff's Declaration**

1. I understand that I am prohibited from bringing a civil action in forma pauperis if, while I was incarcerated or detained in any facility, I have brought three or more civil actions or appeals in a court of

the United States that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

2. I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire filing fee and any cost assessed by the Court, which, after payment of the partial filing fee, shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

3. I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

Signed this 27th day of January, 2022.

Zlatko Bruges #392896

Signature of plaintiff(s)