**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**ZLATKO BRUJAC (#392896)**       :   **CIVIL ACTION**
                                  :   **NO. USM 22-61-JWD-SDJ**
**VERSUS**
                                  :   **JUDGE JOHN W. deGRAVELLES**

**DEMONTRE SHARP, ET AL**         :   **MAGISTRATE JUDGE**
                                      **SCOTT D. JOHNSON**
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
**NOTICE OF COMPLIANCE**
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**NOW INTO COURT**, through undersigned counsel, comes Defendants, David

Voorhies, and Omar Walker, who, in response to this Honorable Court's Order (Rec. Doc. 7),

offers the following:

1.

On August 31, 2022, this Honorable Court ordered the Defendants to provide the plaintiff

all medical records, administrative remedy proceedings, unusual occurrence reports and all other

documents pertinent to the issues in this case, within twenty (20) days of the defendants' first

appearance.

2.

In compliance with this Honorable Court's Order, Defendants have attached to this notice

the following documents:

1. Certified Copy of Administrative Remedy Procedure ("ARP") number LSP-2021-1815.

2. Unusual Occurrence Report dated May 18, 2021;

3. Chemical Agent Logbook dated May 17-18, 2021;

4. Triage Medical 3 Log dated May 17, 2021;

5. CBD Logbook dated May 17-18, 2021;

6.  Brujac Medical Records Dated May 17-18, 2021;

**WHEREAS**, Defendants, David Voorhies, and Omar Walker hereby pray that the foregoing

*Notice of Compliance* be deemed good and sufficient, with Defendants' express acknowledgment

of their continuing duty to further supplement this notice as may be necessary throughout the

course of this litigation or as ordered by this Honorable Court.

Respectfully submitted,

**JEFF LANDRY**
**ATTORNEY GENERAL**

*/s/ Alex B. Hayes*
Alex Barthelemy Hayes (#36149)
Assistant Attorney General
Louisiana Department of Justice
Litigation Division, Civil Rights Section
1885 North Third Street, Fourth Floor
Post Office Box 94005
Baton Rouge, Louisiana (70804-9005)
Telephone: 225-326-6300
Facsimile: 225-326-6495
E-mail: HayesA@ag.louisiana.gov
*Attorney for Defendants*

*[Certificate of Service on the following page]*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this, the 5th day of December 2022 the above entitled pleading was filed electronically with the Clerk of Court by using CM/ECF system. Notice of this filing will be sent to all parties who participate in electronic filing by operation of the court's electronic filing system.

**I HEREBY FURTHER CERTIFY** that on this, the 5th day of December 2022 a copy of the foregoing was provided to Pro Se Plaintiff via U.S. First Class Mail, to the below name and address:

**PRO SE**
Zlatko Brujac
DOC#392896
TU/Upper Cell 12
Angola, LA 70712

/s/ Alex B. Hayes
Alex Barthelemy Hayes (#36149)
Assistant Attorney General