

### Department of Public Safety & Corrections
#### State of Louisiana
Louisiana State Penitentiary

JOHN BEL EDWARDS
GOVERNOR

JAMES M. LE BLANC
SECRETARY

STATE OF LOUISIANA
WEST FELICIANA PARISH
ANGOLA, LOUISIANA

I hereby certify that the attached documents are TRUE AND CORRECT copies of the originals that are maintained at Louisiana State Penitentiary.

Certified Copy of ARP LSP 2021-1815

Delshadee Scott #153568

Ex-Officio Notary

Department of Public Safety & Corrections/LSP

Date: 10/24/2022

Zlatko Brujac 392896 Case

# ADMINISTRATIVE REMEDY PROCEDURE & PROPERTY CLAIMS

## INPUT SCREEN

CASE NUMBER: LSP-2021-1815
EVACUEE:
DOC #: 392896        BACKLOG:
LAST NAME: BRUJAC          FIRST NAME: ZLATKO
RECORD TYPE: A      SUBJECT CODE: 0702 - USE OF CHEMICAL AGENT
INCIDENT DATE: 05/18/2021   SUBJECT TYPE :
LSP Only
LSP RESPONDENT: Cell Block Warden

LSP HOUSING: CAMP D

|  | DATE RECEIVED | ACCEPTED DATE | DISPOSITION DATE | DISPOSITION CODE |
|---|---|---|---|---|
| STEP 1: | 07/16/2021 | 07/23/2021 | 09/16/2021 | 02-Denied |
| STEP 2: | 11/22/2021 | 11/22/2021 | 12/30/2021 | 02-Denied |

COMPLAINT: FINAL (11/3/2021): OFFENDER COMPLAINS THAT LT WALKER SPRAYED HIM IN THE FACE AND MOUTH WILE HANDCUFFED.
IF REJECTED REASON:

//AG/Z. Brujac v. Demontre Sharp, et al USDC MD 22-61-JWD-SDJ

07/16/2021

07/16/2021

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES
OFFENDERS RELIEF REQUEST FORM

CASE NUMBER: LSP-2021 -1815

TO:  ZLATKO BRUJAC 392896          D HWK 1/R 0
     Offender's Name and Number      Living Quarters


05/18/2021
Date of Incident


X          ACCEPTED:  This request comes to you from the Wardens Office.  A response will be
           issued within 40 days of this date.

           REJECTED:  Your request has been  rejected for the following reason(s):


07/23/2021                                    Nyesha Davis
Date                                   Warden's Signature or Designee

2021-185

0702/Cell Block

A.R.P.

TO: LSP Head warden

From: Zlatko Brujic
#392896

Date: 6/17/21

Incident

Time of Incident: 9:30 a

Date of Incident: 5/18/2

Place of Incident: CBD A.R.P. Lower/rig
against: shower
Col. Simon; cpt
voochi
lt. welker; sgt Bryd

RECEIVED
JUN 21 2021
WARDEN'S OFFICE

RECEIVED
JUL 16 2021
LEGAL PROGRAMS DEPARTMENT

## Statement of Facts

On 5/18/21 I was approched by lt. Welker after a.m. pill call on upper right cell k: CBD and told to pack up that I was moveing, I done as was told and as I was being took from my cell I was verbally assulted with Raci and homosexuall comments by my tier sgt. name Bryd I think, comments such as, "you told on our boy, now you gonna get it you white bitch, now shut your dick sucker ho, it's about black power" and "black lives matter" when I got to lower right CBD Cpt. voochies and col. Simon were there when I try to tell col. Simon about Sqt. Bryd I was told that he didn't wont to hear it that I done got myself In some trouble and now I'm bout to see how george floyd felt. I was placed In the shower of CBD lwer right and was supp.ose to be taken my restrain off by lt. welker but with my hand's

...side the bars and still cuffed it. walker sprayed me point blank In my face and mouth fourceing me away from the bars to breath, I was Told To come back To The bars before, he sprayed me again but as I try blind I lost my footing and slipped on the wet shower floor, I was Told To get up, I couldn't and requested E.m.T. and was sprayed again and was kept on being sprayed up to 6To7 Times for a Time of 20 To 30 mins and all This was done wile on I was hand cuff and shakled on the floor hurt poseing no Threat! Policy state's IntTo be sprayed 3 Time's To comply then call cell EntTry; not 6To7 Times as a means of reTalaTion; I almost lost my life!!

<u>Relief</u>

1) That no retaliation be Taken apoun me by no L.S.P. Staff for the fileing of This complaint

2) That CBD lower night camera and lobby camera be saved for furture court proceding

3) That all person's Involved directly or watch be fired and crimal charges be bring aglust Them and I be compansated 35000 for my pain, suffering and mental anguish!!!

Respecfully,
Zlatko Bryice
L.S.P.    #392896

CASE NUMBER: LSP-2021-1815

FIRST STEP RESPONSE FORM (FIRST STEP RESPONDENT)

TO: BRUJAC, ZLATKO 392896                    D HWK 1/R 0
                                             Living Quarters

Response to request dated , received in this office on 07/16/2021

Your request for administrative review of ARP#LSP-2021-1815 has been received. In your letter of complaint dated June 17, 2021, while housed at Main Prison CBD, You state that on May 18, 2021, you were approached by Lieutenant Walker after the a.m. pill call. He told you to pack your things that you were moving and you packed your things as you were told. When you were taken from your cell you were verbally assaulted with racist and homosexual comments by Sergeant Byrd. When you tried to tell Colonel Simon about the incident, he said he did not want to hear it. You were placed in the shower on CBD, Lieutenant Walker sprayed you with a chemical agent in your face and you were denied medical treatment

In response to your Request for Remedy, Sergeant Stafford Byrd stated that you had chemical agents used on you for refusing to have your restraints removed after being placed in the shower. At no time did he observe either officer Captain Voorhies or Lieutenant Walker, verbally abuse or use excessive force against you.

Captain David Voorhies stated that on May 18, 2021, he was removing your restraints, after removing the restraint belt you snatched away from him and moved to the rear of the shower area. He gave you several direct verbal orders to come to the front of the cell and submit to having your restraints removed. You flatly refused all orders given. To gain your compliance, he administered the minimum amount of chemical agent into your cell. Only then did you comply with all orders given and with having your restraints removed. You were allowed to shower and issued a clean jumpsuit.

Colonel Larry Simon stated he was not directly involved in the incident. He was informed of the incident by Captain Voorhies and read the report generated after the incident. At no time was he informed by any of the security officers on CBD Unit that Lieutenant Walker or Captain Voohries used excessive force towards you. You additionally did not voice any complaints concerning the incident to him.

Institutional records reflect that on May 18, 2021, Captain David Voorhies was removing your restraints. After removing the restraint belt, you snatched away from him and moved to the rear of the shower area. He gave you several direct verbal orders to come to the front of the cell and submit to having your restraints removed. You flatly refused all orders given. To gain your compliance, he administered the minimum amount of chemical agent into your cell. Only then did you comply with all orders given and complied with having your restraints removed. You were allowed to shower and issued a clean jumpsuit.

Institutional records further reflect that on May 18, 2021, you were seen by medical personal and treated accordingly.

You have not provided sufficient evidence to support your claims; therefore, your request for Administrative Remedy is denied at this level.

Prepared by: _____
Carlton Nettles/AWII/lv

Approved by: _____
Jeremy McKey/AWIII/sd

_____
Date

_____
Unit Head

<u>Instructions to Offender:</u>  If you are not satisfied with this response, you may go to Step Two by checking below and forwarding to the ARP Screening Officer in the manila envelope within 5 days of your receipt of this decision.

(✓) I am not satisfied with this response and wish to proceed to Step Two.

Reason: was not Investigated properly, body and tier cameras, will show lieutenant waller sprayed chemical agent not capt voorhies and was done 4 to 7 times for will 25 mins. so they not only used excess force but falicity documents

_____
Date

_____
Offender's Signature   DOC#  392896

CASE NUMBER: LSP-2021-1815

FIRST STEP RESPONSE FORM (FIRST STEP RESPONDENT)


TO: BRUJAC, ZLATKO 392896                    D HWK 1/R 0
                                             Living Quarters



Response to request dated , received in this office on 07/16/2021

Your request for administrative review of ARP#LSP-2021-1815 has been received. In your letter of complaint dated June 17, 2021, while housed at Main Prison CBD, You state that on May 18, 2021, you were approached by Lieutenant Walker after the a.m. pill call. He told you to pack your things that you were moving and you packed your things as you were told. When you were taken from your cell you were verbally assaulted with racist and homosexual comments by Sergeant Byrd. When you tried to tell Colonel Simon about the incident, he said he did not want to hear it. You were placed in the shower on CBD, Lieutenant Walker sprayed you with a chemical agent in your face and you were denied medical treatment

In response to your Request for Remedy, Sergeant Stafford Byrd stated that you had chemical agents used on you for refusing to have your restraints removed after being placed in the shower. At no time did he observe either officer Captain Voorhies or Lieutenant Walker, verbally abuse or use excessive force against you.

Captain David Voorhies stated that on May 18, 2021, he was removing your restraints, after removing the restraint belt you snatched away from him and moved to the rear of the shower area. He gave you several direct verbal orders to come to the front of the cell and submit to having your restraints removed. You flatly refused all orders given. To gain your compliance, he administered the minimum amount of chemical agent into your cell. Only then did you comply with all orders given and with having your restraints removed. You were allowed to shower and issued a clean jumpsuit.

Colonel Larry Simon stated he was not directly involved in the incident. He was informed of the incident by Captain Voorhies and read the report generated after the incident. At no time was he informed by any of the security officers on CBD Unit that Lieutenant Walker or Captain Voohries used excessive force towards you. You additionally did not voice any complaints concerning the incident to him.

Institutional records reflect that on May 18, 2021, Captain David Voorhies was removing your restraints. After removing the restraint belt, you snatched away from him and moved to the rear of the shower area. He gave you several direct verbal orders to come to the front of the cell and submit to having your restraints removed. You flatly refused all orders given. To gain your compliance, he administered the minimum amount of chemical agent into your cell. Only then did you comply with all orders given and complied with having your restraints removed. You were allowed to shower and issued a clean jumpsuit.

Institutional records further reflect that on May 18, 2021, you were seen by medical personal and treated accordingly.

You have not provided sufficient evidence to support your claims; therefore, your request for Administrative Remedy is denied at this level.

Prepared by: _____
                    Carlton Nettles/AWII/lv

Approved by: _____
                    Jeremy McKey/AWIII/sd

_____
Date                                                              Unit Head

Instructions to Offender:  If you are not satisfied with this response, you may go to Step Two by checking below and forwarding to the ARP Screening Officer in the manila envelope within 5 days of your receipt of this decision.

( )  I am not satisfied with this response and wish to proceed to Step Two.

Reason:

_____
_____
_____
_____

_____                    _____
              Date                                           Offender's Signature    DOC#

2021-1815
0702/Cell Block

To: LSP Head Warden
From: Zlatko Bryoc
#392896
Date: 6/17/21
Incident

Time of Incident: 9:30 am
Date of Incident: 5/18/21
Place of Incident: CBD
ARP Lower/right shower
against: Col. Simon; cpt voorhies
lt. welker; sgt Bryd

RECEIVED
JUL 16 2021
LEGAL PROGRAMS DEPARTMENT

RECEIVED
JUN 21 2021
WARDEN'S OFFICE

## Statement of Facts

on 5/18/21 I was approched by lt. walker after a.m. pill call on upper right cell by CBD and told to pack up that I was moveing, I done as was told and as I was being took from my cell I was verbally assulted with Racist and homosexuall comments by my tier sgt. name Bryd I think, comments such as "you roll on our boy, now you gonna get IT, you white bitch, now shut your dick sucker ho", "IT's about black power" and "black lives matter" when I got to lower right CBD cpt. voorhies and col. Simon were there when I try to Tell col. Simon about sgt. Bryd I was told that he didnt wont to hear IT that I done got myself In some Trouble and now Im bout to see how george floyd felt, I was placed In the shower of CBD Nwer right and was suppose to be Taken my restrain off by lt. welker but with my hands

at side the bars and still cuffed lt.walker sprayed me point blank In my face and mouth fourceing me away from the bars to breath, I was told to come back to the bars before, he sprayed me again but as I try blind I lost my footing and slipped on the wet shower floor, I was told to get up, I couldn't and requested E.m.T. and was sprayed again and was kept on being sprayed up to 6to7 times for a Time of 20 to 30 mins and all This was done wile I was hand cuff and shackled on the floor hurt Poseing no Threat! Policy states Into be sprayed ≥ Times to comply then call cell Entry, not 6to7 Times as a means of retaliation, I almost lost my life!!

Relief

1) That no retaliation be Taken apoun me by no L.S.P. staff for the fileing of This complaint

2) That CBD lower right camera and lobby camera be saved for future court proceding

3) That all persons Involved directly or watch be fired and criminal charges be bring aginst Them and I be compinsated 25.000 for my pain, suffering and mentol anquish!!

Respechfully
Zlatko Brijcu
L.s.p.    #392896

**Louisiana State Penitentiary**
**Angola, Louisiana**

# ARP STATEMENT

ARP NUMBER:    **2021-1815**                    DATE:    **9/2/2021**

Inmate's Name and Number:    **Zlatko Brujac**

---

*In regards to the above aforementioned Request for Administrative Remedy, I, Sergeant Stafford Byrd, have the following to offer:*

*Offender Brujac had chemical agents used on him for refusing to have his restraints removed after being placed in the Shower. At no time did I observed either officer, Captain Voorhies or Lt. Walker, verbally abuse or use excessive force against offender Brjac. I also never verbally berated offender Brujac as he claims in this ARP Statement.*

*This is for your information and further handling.*

---

Sergeant Stafford Byrd,
MPCB/ A-Team

cc:     file

Louisiana State Penitentiary
Angola, Louisiana

# ARP STATEMENT

ARP NUMBER: __2021-1815__                DATE: 9/2/2021

Offender's Name and Number: __Zlatko Brujac, #392896__

*In regards to the above aforementioned Request for Administrative Remedy, I, Captain David Voorhies, have the following to offer:*

*On May 18, 2021, I, Captain David Voorhies Jr, was removing the restraints from offender Zlatko Brujac, #392896. After removing the restraint belt, offender Brujac snatched away from me and moved to the rear of the shower area. I activated my body camera, ACD 1012, and gave offender Brujac several direct verbal orders to come to the front of the cell and submit to having his restraints removed. Offender Brujac flatly refused all orders given. To gain offender Brujac's compliance, I administered the minimum amount of chemical agents into the cell. Only then did offender Brujac comply with all orders given and complied with having his restraints removed. Offender Brujac was allowed to shower and issued a clean jumpsuit. Medical #3, EMS Tucker, was notified and later evaluated offender Brujac on the unit. Colonel Simon was notified.*
*This is for your information and further handling.*

David Voorhies, Captain
MPCB/ A-Team Supervisor

cc:    file

Louisiana State Penitentiary
Angola, Louisiana

# ARP STATEMENT

ARP NUMBER: ___2021-1815___          DATE: __9/2/2021__

Offender's Name and Number: __Zlatko Brujac, #392896__

---

*In regards to the above aforementioned Request for Administrative Remedy, I, Colonel Larry Simon, have the following to offer:*

*I wasn't directly involved in the incident that offender Brujac recalls in his ARP. I was informed of this incident by Captain Voorhies and read the report generated after the incident. At no time was I informed by any of the security officers manning the CBD Unit's post that day that Lt. Walker or Capt. Voorhies used excessive force towards offender Brujac. Offender Brujac additionally did not voice any complaints concerning the incident to me either.*

*This is for your information and further handling.*

---

Larry Simon, Colonel
MPCB/ TU/ TC

cc:      file

Form AM-I-4-w-1
16 March 2020

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES
UNUSUAL OCCURRENCE REPORT
(Category A, B, C Incidents)

INSTITUTION: <u>LSP</u>

| NAME<br>Zlatko Brujac | NUMBER<br>392896 | DORM OR CELLBLOCK<br>CBD Lower Right | DATE OF INCIDENT<br>05/18/2021 | TIME OF INCIDENT<br>App. 9:40 am |
|---|---|---|---|---|
| LOCATION OF INCIDENT<br>CBD Lower Right Shower | | WITNESSES | | |

### TYPE OF INCIDENT - CHECK APPROPRIATE BOXES

**Category A Incidents:**
- ☐ Escape
  - ☐ Escape from inside a secure facility
  - ☐ Escape from outside a secure facility
- ☐ Death by other than natural causes/illness
  - ☐ Accident
  - ☐ Violence
  - ☐ Suicide
  - ☐ Suspicious or unknown cause
  - ☐ Execution
- ☐ Assault resulting in life threatening Injury
  - ☐ Offender on Staff
  - ☐ Offender on Offender
  - ☐ Staff on offender
- ☐ Other
  - ☐ Significant Property Damage
  - ☐ Significant disruption to unit operations/loss of control (e.g. hostage situation, work stoppage of ten or more [offenders or staff], riot, natural disaster, necessity of tact team/outside assistance, lockdown of all or part of the facility)
- ☐ Large scale evacuation of all or a significant part of the facility
- ☐ Any other significant/high profile incident as determined by the Unit Head.

**Category B Incidents:**
- ☐ Attempted escape
- ☐ Apprehension of escapee
- ☐ Death from natural causes/illness
- ☐ Gunshot, Class I
- ☐ Assault with significant injury
  - ☐ Offender on Staff
  - ☐ Offender on Offender
- ☐ Staff injured in the line of duty resulting in significant injury (excluding assaults)
- ☐ Suicide Attempts
- ☐ Hunger Strike
  - ☐ Individual hunger strike
  - ☐ Organized hunger strike
- ☐ Employee arrest (arrested or charged with criminal behavior, other than traffic offense)
  - ☐ Job-related employee arrest
  - ☐ Not job-related employee arrest
- ☐ Other
  - ☐ Minor disruptions to unit operations (e.g. lockdown of a group of offenders, significant water outages, small fires, limited property damage)
  - ☐ Small-scale evacuations (e.g. evacuations from a housing unit, gym, kitchen, school, office building, etc.)
  - ☐ Any other small scale/minor incident as determined by the Unit Head. If, due to the nature of the incident, it cannot be immediately determined if the incident is a Category A or B incident, it should be reported as a Category A incident.

**Category C Incidents:**
- ☐ Violation of the Rule No. 21, Sex Offenses
  - ☐ 21. A Nonconsensual sexual act (offender-on-offender)
  - ☐ 21. B Abusive sexual act (offender-on-offender)
  - ☐ 21. C Sexual misconduct (offender-on-offender)
  - ☐ 21. D Sexual misconduct (offender-on-staff or offender-on-non incarcerated person)
  - ☐ 21. E Obscenity
  - ☐ 21. F Other prohibited sexual behavior (offender-on-offender, offender-on-staff, or offender-on-non-incarcerated person)
  - ☐ 21. G Overt display of affection
  - ☐ 21. H Failure to report any improper advances made by an employee on an offender
- ☐ Gunshot (Class II)
- ☐ Assault resulting in minor injury or no injury
  - ☐ Fight (offender-on-offender)
  - ☐ Throwing of Substance (offender-on-offender)
  - ☐ Throwing of Substance (offender-on-staff)
  - ☐ Other assault (offender-on-staff)
  - ☐ Weapon (offender-on-offender)
  - ☐ Weapon (offender-on-staff)
- ☐ Suicide Gesture
- ☐ Hunger Strike (both individual and organized)
- ☒ Use of Force
  - ☒ Immediate use of force
  - ☐ Planned use of force
  - ☐ Cell extractions
  - ☐ Taser ®
  - ☒ Chemical agents
- ☐ Naloxone Administration (Staff)
- ☐ Naloxone Administration (Offender)

Form HC-01-A
20 March 2019                Request for Medical Treatment Institution: _____ LSP

756921

Zlatko Broujac  392894  45     CBD        L/a
Name            DOC#    Age    Housing    Job Assignment

OFFENDER TO COMPLETE THIS SECTION ONLY— COMPLAINT AND/OR REQUEST:

Chem Agent

Health Care Personnel Screening:  Date: 5/18/21  Time: 11:11  Location Seen: CBD

(Circle One) ⟨Emergency⟩ / Routine Sick Call / Work Related  Allergies: _____ nkde

B/P _____  Pulse 68  Resp WNL  Temp _____  Other 100%

Assessment/Comment: pt. A&Ox4, speaks in complete sentences, ambulatory, + difficulty, pt. voices 4 medical complaints. pt. already entuiered. (B)

Disposition:

S/C

New Medications Ordered:

_____ Total #: _____

Screener's Signature: Brauce

Health Care Practitioner Notes:

HCP's Signature: _____  Date: 5/19/21

☑ No Fees  ☐ $3 Access Fee  ☐ $6 Access Fee  ☐ $2 for each Prescription Fee: $ ___X___  Total: $ ___X___

I understand that in accordance with Dept. Reg. No B-03-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency requests and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation.

WTO                     392894       5/18/21          B
Offender's Signature     DOC#         Date            Witness Signature

Original - Offender's Medical Record     Yellow - Business Office     Pink - Offender's Copy

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES

CASE NUMBER: LSP-2021-1815

SECOND STEP RESPONSE FORM
(HEADQUARTERS)

TO: <u>BRUJAC, ZLATKO    392896</u>               <u>LSP</u>
     Offender Name and Number                   Living Unit

Received in this Office on 11/22/2021:

Your request for an administrative review of ARP#LSP-2021-1815 has been received.  A qualified member of the Headquarters staff has reviewed your request in order to render a fair and impartial response.

Your allegations have been considered.   A review of the statements from security staff was conducted. The first step response has been determined to be clear and concise and has adequately addressed your issues.  No further investigation is warranted.

Your request for relief is denied.

_____        _____
           Date                      Secretary's Signature or His Designee

LOUISIANA STATE PENITENTIARY
ANGOLA, LOUISIANA

INMATE:    392896 ZLATKO BRUJAC

LOCATION:  D RAV 4/L     D HWK 1/R 0

## ACKNOWLEDGMENT OF RECEIPT OF SECOND STEP RESPONSE

This will acknowledge receipt of the SECOND STEP response **RECEIVED**
(SECRETARY'S RESPONSE) OF ARP #LSP-2021-1815 .

RECEIVED BY: _____  **JAN 27 2022**

DATE RECEIVED: ____1/17/22_____   LEGAL PROGRAMS DEPARTMENT

DELIVERED BY: ___Ella McQuirter, MSW_____

=========================================================
PLEASE READ THE FOLLOWING
INSTRUCTIONS TO DELIVERY OFFICER:

1.   Have the inmate sign and date the second step portion of
     the BROWN ENVELOPE MARKED WITH *** acknowledging receipt of the
     second step response.
     **PLEASE HAVE BOTH AREAS WITH THE *** SIGNED BEFORE YOU RETURN TO LEGAL.**

2.   Have the inmate sign BOTH AREAS OF this receipt.

3.   Delivery Officer MUST sign receipt and date it.

4.   Give the inmate the contents of the envelope.

5.   Return the BROWN envelope and the receipt to LEGAL PROGRAMS DEPARTMENT