# Department of Public Safety & Corrections
## State of Louisiana
### Louisiana State Penitentiary



JOHN BEL EDWARDS
GOVERNOR

JAMES M. LE BLANC
SECRETARY

STATE OF LOUISIANA
WEST FELICIANA PARISH
ANGOLA, LOUISIANA

I hereby certify that the attached documents are TRUE AND CORRECT copies of the originals that are maintained at Louisiana State Penitentiary.

Certified Copy of Unusual Occurrence Reports dated 05-18-2021

Delshadee Scott #153568

Ex-Officio Notary

Department of Public Safety & Corrections/LSP

Date: 11-04-2022

Zlakto Brujac 392896 Case

Form AM-I-4-w-1
16 March 2020

**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**CORRECTIONS SERVICES**
**UNUSUAL OCCURRENCE REPORT**
(Category A, B, C incidents)

**INSTITUTION: LSP**

| NAME<br>Zlatko Brujac | NUMBER<br>392896 | DORM OR CELLBLOCK<br>CBD Lower Right | DATE OF INCIDENT<br>05/18/2021 | TIME OF INCIDENT<br>App. 9:40 am |
|---|---|---|---|---|
| LOCATION OF INCIDENT<br>CBD Lower Right Shower | | WITNESSES | | |

**TYPE OF INCIDENT - CHECK APPROPRIATE BOXES**

**Category A Incidents:**
- ☐ Escape
  - ☐ Escape from inside a secure facility
  - ☐ Escape from outside a secure facility
- ☐ Death by other than natural causes/illness
  - ☐ Accident
  - ☐ Violence
  - ☐ Suicide
  - ☐ Suspicious or unknown cause
  - ☐ Execution
- ☐ Assault resulting in life threatening injury
  - ☐ Offender on Staff
  - ☐ Offender on Offender
  - ☐ Staff on offender
- ☐ Other
  - ☐ Significant Property Damage
  - ☐ Significant disruption to unit operations/loss of control (e.g. hostage situation, work stoppage of ten or more [offenders or staff], riot, natural disaster, necessity of tact team/outside assistance, lockdown of all or part of the facility)
- ☐ Large scale evacuation of all or a significant part of the facility
- ☐ Any other significant/high profile incident as determined by the Unit Head.

**Category B Incidents:**
- ☐ Attempted escape
- ☐ Apprehension of escapee
- ☐ Death from natural causes/illness
- ☐ Gunshot, Class I
- ☐ Assault with significant injury
  - ☐ Offender on Staff
  - ☐ Offender on Offender
- ☐ Staff injured in the line of duty resulting in significant injury (excluding assaults)
- ☐ Suicide Attempts
- ☐ Hunger Strike
  - ☐ Individual hunger strike
  - ☐ Organized hunger strike
- ☐ Employee arrest (arrested or charged with criminal behavior, other than traffic offense)
  - ☐ Job-related employee arrest
  - ☐ Not job-related employee arrest
- ☐ Other
  - ☐ Minor disruptions to unit operations (e.g. lockdown of a group of offenders, significant water outages, small fires, limited property damage)
  - ☐ Small-scale evacuations (e.g. evacuations from a housing unit, gym, kitchen, school, office building, etc.)
  - ☐ Any other small scale/minor incident as determined by the Unit Head. If, due to the nature of the incident, it cannot be immediately determined if the incident is a Category A or B incident, it should be reported as a Category A incident.

**Category C Incidents:**
- ☐ Violation of the Rule No. 21, Sex Offenses
  - ☐ 21. A Nonconsensual sexual act (offender-on-offender)
  - ☐ 21. B Abusive sexual act (offender-on-offender)
  - ☐ 21. C Sexual misconduct (offender-on-offender)
  - ☐ 21. D Sexual misconduct (offender-on-staff or offender-on-non incarcerated person)
  - ☐ 21. E Obscenity
  - ☐ 21. F Other prohibited sexual behavior (offender-on-offender, offender-on-staff, or offender-on-non-incarcerated person)
  - ☐ 21. G Overt display of affection
  - ☐ 21. H Failure to report any improper advances made by an employee on an offender
- ☐ Gunshot (Class II)
- ☐ Assault resulting in minor injury or no injury
  - ☐ Fight (offender-on-offender)
  - ☐ Throwing of Substance (offender-on-offender)
  - ☐ Throwing of Substance (offender-on-staff)
  - ☐ Other assault (offender-on-staff)
  - ☐ Weapon (offender-on-offender)
  - ☐ Weapon (offender-on-staff)
- ☐ Suicide Gesture
- ☐ Hunger Strike (both individual and organized)
- ☒ Use of Force
  - ☒ Immediate use of force
  - ☐ Planned use of force
  - ☐ Cell extractions
  - ☐ Taser ®
  - ☒ Chemical agents
- ☐ Naloxone Administration (Staff)
- ☐ Naloxone Administration (Offender)

RECEIVED

MAY 2 4 2021

LSP/RECORDS

Form AM-I-4-w-1
16 March 2020
Page Two

### DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

On the above date and approximate time, I, Captain David Voorhies Jr, was removing the restraints from offender Zlatko Brujac, #392896. After removing the restraint belt, offender Brujac snatched away from me and moved to the rear of the shower area. I activated my body camera, ACD 1012, and gave offender Brujac several direct verbal orders to come to the front of the cell and submit to having his restraints removed. Offender Brujac flatly refused all orders given. To gain offender Brujac's compliance, I administered the minimum amount of chemical agents into the cell. Only then did offender Brujac comply with all orders given and complied with having his restraints removed. Offender Brujac was allowed to shower and issued a clean jumpsuit. Medical #3, EMS Tucker, was notified and later evaluated offender Brujac on the unit. Colonel Simon was notified. This is for your information and further handling.

Chemical Can #7
Beginning Weight: 608 grams
Ending Weight: 450 grams

**REPORTING OFFICER**
Captain David Voorhies Jr.
MPCB/ A-Team Supervisor

05/18/2021
**DATE COMPLETED**

11:20 am
**TIME COMPLETED**

RECEIVED
MAY 2 4 2021
LSP/RECORDS

Form AM-i-4-w-1
16 March 2020
Page Two

**DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)**

On the above date and approximate time, I, Capt. David Voorhies, Jr. was removing the restraints from offender Zlatko Brujac, #502876. After removing the restraint belt, Offender Brujac snatched away from me and moved to the rear of the shower area. I activated my body camera, ACA 1012 and gave offender Brujac several direct verbal orders to come to the front of the cell and submit to having his restraints removed. Offender Brujac flatly refused all orders given. To gain offender Brujac's compliance, I administered the minimum amount of chemical agents into the cell. Only then did offender Brujac comply with all orders given and complied with having his restraints removed. Offender Brujac was allowed to shower and issued a clean jumpsuit. Medical-3, EMS Tucker, was notified and later evaluated offender Brujac on the unit. Col. Simon was notified. This is for your information and further handling.

Chemical Can #7
Beginning Weight: 608 grams
Ending Weight: 450 grams

RECEIVED
MAY 24 2021
LSP/RECORDS

REPORTING OFFICER          DATE COMPLETED  5/18/2021          TIME COMPLETED 11:20 am

Form AM-1-4-w-1
16 March 2020

## DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
### CORRECTIONS SERVICES
### UNUSUAL OCCURRENCE REPORT
(Category A, B, C Incidents)

### INSTITUTION: LSP

| NAME Zlatko Brujac | NUMBER 392896 | DORM OR CELLBLOCK CBD Lower Right | DATE OF INCIDENT 05/18/2021 | TIME OF INCIDENT App. 9:40 am |
|---|---|---|---|---|
| LOCATION OF INCIDENT CBD Lower Right | | WITNESSES | | |

### TYPE OF INCIDENT - CHECK APPROPRIATE BOXES

**Category A Incidents:**
- ☐ Escape
  - ☐ Escape from inside a secure facility
  - ☐ Escape from outside a secure facility
- ☐ Death by other than natural causes/illness
  - ☐ Accident
  - ☐ Violence
  - ☐ Suicide
  - ☐ Suspicious or unknown cause
  - ☐ Execution
- ☐ Assault resulting in life threatening injury
  - ☐ Offender on Staff
  - ☐ Offender on Offender
  - ☐ Staff on offender
- ☐ Other
  - ☐ Significant Property Damage
  - ☐ Significant disruption to unit operations/loss of control (e.g. hostage situation, work stoppage of ten or more [offenders or staff], riot, natural disaster, necessity of tact team/outside assistance, lockdown of all or part of the facility)
- ☐ Large scale evacuation of all or a significant part of the facility
- ☐ Any other significant/high profile incident as determined by the Unit Head.

**Category B Incidents:**
- ☐ Attempted escape
- ☐ Apprehension of escapee
- ☐ Death from natural causes/illness
- ☐ Gunshot, Class I
- ☐ Assault with significant injury
  - ☐ Offender on Staff
  - ☐ Offender on Offender
- ☐ Staff injured in the line of duty resulting in significant injury (excluding assaults)
- ☐ Suicide Attempts
- ☐ Hunger Strike
  - ☐ Individual hunger strike
  - ☐ Organized hunger strike
- ☐ Employee arrest (arrested or charged with criminal behavior, other than traffic offense)
  - ☐ Job-related employee arrest
  - ☐ Not job-related employee arrest
- ☐ Other
  - ☐ Minor disruptions to unit operations (e.g. lockdown of a group of offenders, significant water outages, small fires, limited property damage)
  - ☐ Small-scale evacuations (e.g. evacuations from a housing unit, gym, kitchen, school, office building, etc.)
  - ☐ Any other small scale/minor incident as determined by the Unit Head. If, due to the nature of the incident, it cannot be immediately determined if the incident is a Category A or B incident, it should be reported as a Category A incident.

**Category C Incidents:**
- ☐ Violation of the Rule No. 21, Sex Offenses
  - ☐ 21. A Nonconsensual sexual act (offender-on-offender)
  - ☐ 21. B Abusive sexual act (offender-on-offender)
  - ☐ 21. C Sexual misconduct (offender-on-offender)
  - ☐ 21. D Sexual misconduct (offender-on-staff or offender-on-non incarcerated person)
  - ☐ 21. E Obscenity
  - ☐ 21. F Other prohibited sexual behavior (offender-on-offender, offender-on-staff, or offender-on-non-incarcerated person)
  - ☐ 21. G Overt display of affection
  - ☐ 21. H Failure to report any improper advances made by an employee on an offender
- ☐ Gunshot (Class II)
- ☐ Assault resulting in minor injury or no injury
  - ☐ Fight (offender-on-offender)
  - ☐ Throwing of Substance (offender-on-offender)
  - ☐ Throwing of Substance (offender-on-staff)
  - ☐ Other assault (offender-on-staff)
  - ☐ Weapon (offender-on-offender)
  - ☐ Weapon (offender-on-staff)
- ☐ Suicide Gesture
- ☒ Hunger Strike (both individual and organized)
- ☐ Use of Force
  - ☐ Immediate use of force
  - ☐ Planned use of force
  - ☐ Cell extractions
  - ☐ Taser ®
  - ☐ Chemical agents
- ☐ Naloxone Administration (Staff)
- ☐ Naloxone Administration (Offender)

RECEIVED

MAY 2 4 2021

LSP/RECORDS

Form AM-I-4-w-1
16 March 2020
Page Two

**DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)**

On the above date and approximate time, offender Zlatko Brujac, #392896, refused his morning meal. Offender Brujac has missed a total of (4) four consecutive meals. Offender Brujac is on a self-declared hunger strike to protest a disciplinary report. Colonel Simon and EMS Tucker was notified. This is for your information and further handling.

**REPORTING OFFICER**
Captain David Voorhies Jr.
MPCB/ A-Team Supervisor

05/18/2021
**DATE COMPLETED**

80:20 a(Pm
**TIME COMPLETED**

RECEIVED
MAY 24 2021
LSP/RECORDS

Form AM-I-4-w-1
16 March 2020
Page Two

## DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

On the above date and approximate time, Offender Zlatko Brujac, #392896, refused his morning meal. Offender Brujac has missed a total of (4) four consecutive meals. Offender Brujac is on a self-declared hunger strike to protest a disciplinary report. Col. Simon and EMS Tucker were notified. This is for your information and further handling.

RECEIVED

MAY 24 2021

LSP/RECORDS

**REPORTING OFFICER**

**DATE COMPLETED** 5/18/2021

**TIME COMPLETED** 8:20 am

PAGE 06/08     OFFENDER RECORDS     2256550858     01/30/2012 22:41