## Department of Public Safety & Corrections
### State of Louisiana
Louisiana State Penitentiary



**JOHN BEL EDWARDS**
GOVERNOR

**JAMES M. LE BLANC**
SECRETARY

STATE OF LOUISIANA
WEST FELICIANA PARISH
ANGOLA, LOUISIANA

I hereby certify that the attached documents are TRUE AND CORRECT copies of the originals that are maintained at Louisiana State Penitentiary.

Certified Copy of Chemical Agent Logbook dated May 17th and May 18th 2021

Delshadee Scott #153568

Ex-Officio Notary

Department of Public Safety & Corrections/LSP

Date: 1-4-2022

Zlakto Brujac 392896 Case

GENERAL DELIVERY ✦ ANGOLA, LOUISIANA 70712 ✦ (225) 655-4411 ✦ FAX (225) 655-2319 ✦ WWW.DOC.LA.GOV
AN EQUAL OPPORTUNITY EMPLOYER



Supervisor's

Start: 3/3/21    End:

JOURNAL

Chemical Agents

Logbook

61

05-17-2021  C-team      5-18-21 am

| | PM | | | | PM | |
|---|---|---|---|---|---|---|
| 1 | 136 | | | 1 | 136 | |
| 2 | 40 | | | 2 | 40 | |
| 3 | 86 | | | 3 | 86 | |
| 4 | 134 | | | 4 | 134 | |
| 5 | 136 | | | 5 | 136 | |
| 6 | 270 | | | 6 | 220 | |
| 7 | 608 | | | 7 | 608 | |
| 8 | 410 | | | 8 | 410 | |
| 9 | 276 | | | 9 | 276 | |
| 10 | 536 | | | 10 | 536 | |
| 11 | 78 | | | 11 | 78 | |

Lt Cutcher                    Lt Kutcher

AM                              PM

5-18-21   A-Team          5-18-21   A Team

| 1. | 136 | | 1. | 136 |
|---|---|---|---|---|
| 2. | 40 | | 2. | 40 |
| 3. | 86 | | 3. | 86 |
| 4. | 134 | | 4. | 134 |
| 5. | 136 | | 5. | 136 |
| 6. | 270 | | 6. | 270 |
| 7. | 608-450 | | 7. | 450 |
| 8. | 410 | | 8. | 410 |
| 9. | 276 | | 9. | 276 |
| 10. | 536 | | 10. | 536 |
| 11. | 78 | | 11. | 78 |

Used can # 7 for Offender
Zlatko Brujac # 392896 Beg 608g End 450g

62

C-team 05-18-2021 pm — 5-19-2021 am

| | | | |
|---|---|---|---|
| 1 | 136 - 98 | 1 | 98 |
| 2 | 40 | 2 | 46 |
| 3 | 86  ending 74 | 3 | 74 |
| 4 | 134 | 4 | 134 |
| 5 | 136 | 5 | 136 |
| 6 | 270 | 6 | 296 |
| 7 | 450 | 7 | 450 |
| 8 | 410 | 8 | 410 |
| 9 | 276 | 9 | 276 |
| 10 | 536 | 10 | 536 |
| 11 | 78 | 11 | 78 |

Lt Letcher used Con 3 on Offender
Reymond hems Refpa to come to the bars
to be restrind Medical Bubby Helms was notified
Lt Walker used Con 1 on Offender Shaw w
refused to be shakdown medical notified Bubby h

Lt Kletcher

B-Team    5-19-21

| | | | | | |
|---|---|---|---|---|---|
| 1 | 98 | | 6. 270 | 11. 78 |
| 2 | 40 | | 7. 450 | |
| 3 | 74 | | 8. 46 | |
| 4 | 134 | | 9. 274 | |
| 5 | 136 | | 10. 536 | |

Lt. Kelly