## Department of Public Safety & Corrections
### State of Louisiana
Louisiana State Penitentiary



JOHN BEL EDWARDS
GOVERNOR

JAMES M. LE BLANC
SECRETARY

STATE OF LOUISIANA
WEST FELICIANA PARISH
ANGOLA, LOUISIANA

I hereby certify that the attached documents are TRUE AND CORRECT copies of the originals that are maintained at Louisiana State Penitentiary.

Certified Copy of Triage Log dated May 17, 2021

Delshadee Scott #153568

Ex-Officio Notary

Department of Public Safety & Corrections/LSP

Date: 10-31-2022

Zlakto Brujac 392896 Case

GENERAL DELIVERY ✚ ANGOLA, LOUISIANA 70712 ✚ (225) 655-4411 ✚ FAX (225) 655-2319 ✚ WWW.DOC.LA.GOV
AN EQUAL OPPORTUNITY EMPLOYER

## fLouisiana State Penitentiary
### Department of Emergency Medical Services
### Triage Log

Date: 5/17/2021                MEDICAL 3                Shift:    C

| Patient Name | Doc # | Time Notified | Time seen | LOC | Complaint | Disposition | Co-pay |
|---|---|---|---|---|---|---|---|
| ████████ | | 16:15 | 17:53 | ███ | | M.D | Ø |
| | | 16:15 | 1752 | | | S/C | Ø |
| | | 17:08 | 18:47 | | | m D | Ø |
| | | 17:13 | 18:25 | | | S/C | Ø |
| | | 17:13 | 18:27 | | | S/C | Ø |
| | | 1830 | 1908 | | | S/C | Ø |
| | | 18:30 | 19:09 | | | S/C | Ø |
| 8. Zlatko Brujac | 342896 | 1900 | 1912 | CBD | SDE H/S | MD | Ø |
| 9. ███ | | 2014 | 2059 | ███ | | ATU | $1 |
| 10. | | 20:28 | 2201 | | | ATU | Ø |
| 11. | | 2230 | 23:22 | | | ATU | Ø |
| 12. | | 1645 21:45 | 21:45 | | | S/C | Ø |
| 13. | | 1615 | 2140 | | | S/C | 6 |
| 14. | | 2028 2201 | | | | ATU | Ø $1 |
| 15. | | 2129 | 2230 | | | S/C | Ø |
| 16. | | 2129 | 2230 | | | S/C | Ø |
| 17. | | 0002a | 0029 | | | MD | $1 |
| 18. | | 0200 | 0231 | ███ | | S/C | Ø |
| 19. | | | | | | | |
| 20. | | | | | | | |
| 21. | | | | | | | |

OC: 9      Sent To ATU: 2      Ancillary Dept: Ø      Med Co-Pays: 2
MP: 8      Sent To ATU: 1      OTC Rx'd: Ø            Refusals: 1
Total: 17  Total To ATU: 3     MD Review: 9

TRIAGE LOG NOTES

Relieved A team of all doctor & written/verbal reports
1 outstanding M-3 ███████████████
████████████████████████████████
Doctor later passed on

Relieved By A Team  2 E/w Ø ███████
1 Outstanding ████████████          Ear pain
Hawk 1/r    Ø other later passed on

EMT Signature _____        HCP# 609

**Louisiana State Penitentiary**
Department of Emergency Medical Services
Triage Log
# Medical 3

Date: <u>5/17/2021</u>                                      Shift: <u>A</u> Team

| Patient Name | Doc # | Time Notified | Time seen | LOC. | Complaint | Disposition | Co-pay |
|---|---|---|---|---|---|---|---|
| ███ | ███ | 0619 | 0700 | ███ | ███ | MD/DS | 8 |
|  |  | 1017 |  |  |  |  |  |
|  |  | 1105 | 1105 |  |  | ATU | 0 |
|  |  | 1049 | 1049 |  |  | refused | 0 |
|  |  | 1050 | 1050 |  |  | S/C | 0 |
|  |  | 1351 | 1351 |  |  | ATU | 0 |
|  |  | 1233 | 1342 |  |  | S/C | 0 |
|  |  | 1332 | 1332 |  |  | S/C | 0 |
| Zlatko Brujic | B92896 | 1244 | 1312 | CBD | "something in eye" | MD | 8 |
| ███ | ███ | 1318 | 1318 | ███ | ███ | S/C | 0 |
| ███ | ███ | 1409 | 1522 | ███ | ███ | Dental | 8 |
| 12. |  |  |  |  |  |  |  |
| 13. |  |  |  |  |  |  |  |
| 14. |  |  |  |  |  |  |  |
| 15. |  |  |  |  |  |  |  |
| 16. |  |  |  |  |  |  |  |
| 17. |  |  |  |  |  |  |  |
| 18. |  |  |  |  |  |  |  |
| 19. |  |  |  |  |  |  |  |
| 20. |  |  |  |  |  |  |  |
| 21. |  |  |  |  |  |  |  |

Out Camps: <u>7</u>       Sent to ATU: <u>2</u>          Sent to Ancillary Dept: <u>2</u>       Total Med. Co-Pays: <u>6</u>
Main Prison: <u>7</u>     Sent to ATU: <u>0</u>          MD Chart Reviews : <u>2</u>              Number of Refusals: <u>1</u>
Total Seen : <u>14</u>   Total to ATU: <u>2</u>          OTC's Dispensed : <u>0</u>

## Triage Log Notes

Relieved D team c̄ written & verbal Reports. Two extreme watches per shift report. Ø Hunger strikes. Ø outstanding SDE's or admin segs. ⊘

Relieved by C team of all duties and equipment w/ written and verbal reports given. Ø outstanding M-3. No other info to pass on.

EMT Signature: <u>MSgt Drevy</u>          HCP # <u>593</u>