## Department of Public Safety & Corrections
### State of Louisiana
Louisiana State Penitentiary



JOHN BEL EDWARDS
GOVERNOR

JAMES M. LE BLANC
SECRETARY

STATE OF LOUISIANA
WEST FELICIANA PARISH
ANGOLA, LOUISIANA

I hereby certify that the attached documents are TRUE AND CORRECT copies of the originals that are maintained at Louisiana State Penitentiary.

Certified Copy of CBD Logbook dated May 17, 2021 and May 18, 2021

Delshadee Scott #153568

Ex-Officio Notary

Department of Public Safety & Corrections/LSP

Date: 11/4/2022

Zlakto Brujac 392896 Case

CBD
3/19/21 -
5/26/21



192



Sgt Cador  Cdt williams  CBD  D-Team

5:00  Made rounds all secure

5:10a  tans-sickcall Medical Rounds- Capt Acuman 64

5:30  Relived by A-Team

5-17-21  CBD  A-Team  Sgt Anderson & Sharp

5:44  I Relieve D-Team of all duties and equipment
I recieve (1) Logbook (2) beeper (23),(24)  (2)
Set of Tier keys lower Lg (6) sm (9) Upper Lg (4)
sm (1) Chow complete by D-Team (8) fire extinguisher
fully charged Post order read and understood
beeper check good first aid box lock and seal
Made rounds a/s

6:00  Count Clear  U/L=21  U/R=21  L/L=22  L/R=21 =85

6:45am  Pill Call female on unit  (4)

7:32  Made rounds a/s

8:44  MH Therapi, s Kitchen

8:45  Made rounds a/s

9:45  - I Sgt White brought utensil to CBD

7:35  Made rounds a/s

10:01  Chow on unit ham cabbage rice gravy

10:15  Start chow on U/L Tray Temp 170
Cpt H. Doe  Z, Lt Omar Walle rounds

Late Entry  Made rounds

11:05  Chow complete  175 Last Temp

11:35  made rounds a/s

12:05  made rounds a/s

12:41  made rounds a/s

5-17-21   CBD A-Team   Sgt Anderson / Sharp

1310 EMS Dorcey 593

1:20 made rounds a/s

Maj Crim a Tia A/S Inv.

2:44 made rounds a/s

3:15 Chow on unit Chile mac + carrot bread

Pill Call Sgt Chs ; female on Tier

3:20 Chow started on 9/R 165

3:30 made rounds a/s

4:00 Count Clear L/L=19 L/R=19 U/L=22 U/R=18 = 78

4:11 Chow complete Last Temp 170°

Call mental health talk to Mrs. Amy about Spence Edwards regarding a possible hanging (Lt. McDowell) call medical 3 also talk to MS. Straughter

4:44 made rounds a/s

5:17 made rounds a/s

5:58 made rounds a/s

5/17/21 CBD BC-Team B. Wooters /R. Pennell

5:40 Relieved A-Team of all equipment and duties. I received 2 beeper (23,24) Upper Keys (4 large, 15 small), Lower keys (6 large, 8 small), Sch belt cutter, 7 Pressure fire extinguisher.

6:00 Made Rounds/Check back doors all secured

6:15 Made Round

6:23 beeper Check cleared

6:26 Medic Notified about Lennon Porcey #371922 + Shawn Stepp #124986

6:30 Made Rounds/ checked back door all secured Lt Fletcher Checking making Rounds Checking Offender problems + concerns

194

MCCO CSB C-team

05-17-21  Cadet purnell / Cadet woodard

2:30  Called count in   4/2 19   4/2 19   21   20   total 79

8:20  Called count in   4/2 20   4/2 20   w/c 22   4/2 21   total 83

made rounds all safe and secure

8:30  made rounds all safe and secure

8:45  made rounds all safe and secure

9:00  made rounds all safe and secure
      Called count in   4/2 20   4/2 20   22   4/2 21   total 83

9:15  made rounds all safe and secure

9:30  made rounds all safe and secure

9:45  made rounds all safe and secure

10:00  Called count in   4/2 20   4/2 20   4/2 22   41R 21   total 83

made rounds all safe and secure

10:30  Lt Klutcher making rounds Chulery Cellular

Problems + Concerns

10:15  Late entry made rounds all safe and secure

10:45  made rounds all safe and secure

11:00  Called count in   4/2 4 white 16 black 20 total   4/R 3 white
17 black 20 total   4/2 0 white 19 black 22 total
4/2 3 white 18 black 21 total   building 13 white
20 black   83 total

made rounds all safe and secure

11:15  made rounds all safe and secure

11:30  made rounds all safe and secure

1145  Made Round

1200  Made Rounds / check back door all Secured

1215  Made Round / Count Closed

1230  Made Rands / check back door all Secured

1235  Transfered  #389395  #707020  #394506  #180695

      Sgt Murray   Mailrun

1245  Made Round

100  Made Rounds / check back doors cell Secured

115  Made Round

130  Made Rounds / check back doors all secure

134 Count cleared 4/2 20 4/2 20 4/2 24 4/2 23 T 87
145 Made Round
200 Made Round/check back doors all secured
201 Count cleared
    Lt Kletcher making Rounds all secure
230 Made Rounds / Checked back doors all secured
245 Made Round
300 Made Rounds/Checked back doors all secured/Count
    Cleared 4/2 20 4/2 20 4/2 24 4/2 23 T 87
315 Made Round
330 Made Rounds/Checked back doors all secured
345 Made Round
350 Started serving Chow /Called for more Pancakes
417 Count cleared 4/2 20 4/2 20 4/2 24 4/2 23 T 87
    Lt Kletcher doing morning Chow.
430 Made Rounds/Check back doors all secured
445 Made Round

502a LMS- Sickcall/ Medical Rounds Capt Acunzin 81

5-18-21   Sgt. Jones + Sgt. Speed A team

5:30 A   A team Relieved C-team of all duties and equipment

A team Upper recieve 2 set of unit keys, 2 beepers (23/24)

No Lower clock keys, 7 fire extinguisher, 1 Seatbelt

cutter, Count Cleared - beepers cleared - Sgt. Jones

6⁰⁰ Relieve Sgt. E. Speed of all duties, and equipment

Cpt. W. Van J., Lt. Walker

Round

8⁵ Made rounds a/s

9⁰¹ MHU Tanji. SHHh.

Cpt. W. Van J. on unit. Culled

Medical for offender Zlatko Brujac # 392896

(Msgt Dorsey)

11²¹ MH SHHhn

Lok Entry Made round a/s

11¹⁵ made rounds a/s

12²⁹ made rounds a/s

1¹⁵ made rounds a/s

2¹¹ made rounds a/s

3⁰⁰ Made rounds a/s

3⁴⁵ Chow on unit

4⁰⁰ First Tray Temp 166

4³⁰ Count Clear L/L 14 L/R 16 U/L 16 U/R 20 = 66

4³⁵ made rounds a/s

5⁰⁰ Chow complete Last Tray Temp 170

5¹⁵ made rounds a/s

Relieved by    C-Team

5/18/21     C-Team     B.Harker / R. Pernell

546  We Relieved A-Team of all clothing and equipment
We Received 2 beepers (23,24), upper keys (3 large and
1 small), lower keys (6 large, 4 small), Seat belt
cutter, 7 fire extinguishers, 7 Sealed first aid Kit.

600  Placed out 1/4ed

600  Made Rounds / Check back doors all secured

630  Made Rounds / Check back doors all secured

645  Made Round

707  Collect count in.   2/2 14   4/2 16   4/2 16   21/2 20   total 66

Lt Wilcher used Chemical agent on offender
Reginald Morris 132398 Refused to come to the
bars to be restrained. Medical ems Bobby Holmes was
Notified of Chemical agent. Offender Offered Shower
Offender Refused Shower.

Lt Wilcher Lt Roger young on unit making Rounds
conducting unit roll call Checking offender Movment + activity.

730  Made Rounds / Checked back doors all Secured

800  Made Rounds / Checked back doors all Secured
Count Cleared

830  Made Rounds / Checked back doors all Secured

900  Made Rounds / Checked back doors all Secured

924  Count Cleared.

930  Made Rounds / Check back doors all Secured
Lt Wilcher Lt walker Responded to beeper activation
On on CBD Layer Simple fight

1000  Made Rounds / Check back doors all Secured

1002  Count Cleared

1030  Made Rounds / Check back doors all secured

1045  Made Round

1100  Made Rounds / Check back doors all Secured
Count Cleared

1115 Made Round

1130 Made Round/checked back doors all Secured

1140 Transfered Joseph Wright #359146 Derrick Johnson #502970 Reginald Harris #132398

0930 Lt Stramley 537 EMS Chemical agent #3 R Harris 132398 Simpson #

A Jones 303087 and S Ward 6c286 5/19/21

Msgt Murray Madlox
1250 Grafityspry Lt Luther Made Rte checks offenders Activity & Complies

100 Made Rounds/Check back doors all Secured

114 Count Cleared 4/15 4/216 4/218 4/2 20 T 69

115 Made Round

130 Made Rounds/checks back doors all Secured

145 Made Round

200 Made Rounds/Checked Back doors all Secured

215 Made Round

230 Made Rounds/checked back doors all Secured

245 Made Round

300 Made Rounds/Check back doors all Secure

301 Received feeding utensials

311 Count Cleared 4/215 4/216 4/2 18 4/2 20 T69

330 Made Rounds/Checked back doors all Secured

345 Made Round

400 Made Rounds/Checked back doors all Secured

415 Made Round/Count Cleared

430 Made Rounds/Checked back doors all Secured

445 Made Round

500 Made Rounds/checked back doors all Secured

6 Capt W C Mitchell EMS for S/Col