John Bel Edwards
Governor



JAMES M. LE BLANC
Secretary

# State of Louisiana

Department of Public Safety and Corrections
Louisiana State Penitentiary

Louisiana State Penitentiary
R. E. Barrow, Jr. Treatment Center
Health Information Management Department
Angola, Louisiana 70712

WEST FELICIANA

I hereby certify that the attached copies are **TRUE AND CORRECT COPIES** of the originals
maintained in our medical records for:

| **Inmate Name:** | Zlakto Brujac | **DOC#** | 392896 |
|---|---|---|---|

| **Listed below is the information which is attached:** | **Time period of requested information:** |
|---|---|
| ☐ **Medical only** | October 2020 - Present |
| ☐ **Mental Health only** | |
| ☒ **Medical and Mental Health** | |
| ☐ **Other** | |

| **Copies made for:** | Briona Whitehead<br>AG's Office<br>Baton Rouge, LA |
|---|---|

| **Signature:** | *Jamie Sharp*<br>**Jamie L. Sharp**<br>**Ex-Officio Notary Public, #92150**<br>**Department of Public Safety and Corrections/LSP** | **Date:** | 11/10/22 |
|---|---|---|---|

Louisiana State Penitentiary • Angola, Louisiana 70712-9313 • (225) 655-4411 • Fax (225) 655-2319
www.doc.la.gov
An Equal Opportunity Employer

756921

Form HC-01-A
20 March 2019                    Request for Medical Treatment Institution: _____

Zlatko Broujac  392896  45    CBD      4/a
Name _____ DOC# ____ Age ___ Housing ____ Job Assignment

OFFENDER TO COMPLETE THIS SECTION ONLY— COMPLAINT AND/OR REQUEST:

Chem. Agent

Health Care Personnel Screening:  Date: 5/18/21  Time: 11:11  Location Seen: CBD

(Circle One) **Emergency** / Routine Sick Call / Work Related Allergies: _____ nkda

B/P _____ Pulse 68 _____ Resp WNL Temp _____ Other 100%.

Assessment/Comment: pt. A&Ox4, speaks in complete sentence
ambulatory s difficulty. pt. voices 4 medical
complaints. pt. already showered. BT

Disposition:

S/C

New Medications Ordered:

_____ Total #: _____

Screener's Signature: Brauer

Health Care Practitioner Notes:

HCP's Signature: _____  Date: 5/19/21

☑ No Fees ☐ $3 Access Fee ☐ $6 Access Fee ☐ $2 for each Prescription Fee: $ ___ Total: $ ___

I understand that in accordance with Dept. Reg. No B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency requests and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation.

WTO _____  392896  5/18/21  BT
Offender's Signature      DOC#      Date      Witness Signature

Original - Offender's Medical Record      Yellow - Business Office      Pink - Offender's Copy

**Form HC-01-A**
**20 March 2019**

**Request for Medical Treatment** Institution: _____ *LSP*

755993

Zlatko Brijac   392896   45   CBD 4/F   Prev 2 Seg
Name          DOC#      Age  Housing   Job Assignment

OFFENDER TO COMPLETE THIS SECTION ONLY— COMPLAINT AND/OR REQUEST:

Health Care Personnel Screening:  Date: 5/17/21  Time: 1312  Location Seen: CBD

(Circle One) Emergency / Routine Sick Call / Work Related Allergies: _____

B/P *refused* Pulse *refused* Resp 16   Temp _____ Other _____

Assessment/Comment: *ambulatory w/o diff. c/o having food thrown in his eye. Redness to eye. Per. pt says an officer threw a tray at him and the food went in his eye.*

**Disposition:**

MD

**New Medications Ordered:**
Col Simers notified me of incident.

_____ Total #: 0

Screener's Signature: MSgt Dorsey 593

**Health Care Practitioner Notes:**

Date: 5/19/5

☐ No Fees  ☐ $3 Access Fee  ☐ $6 Access Fee  ☐ $2 for each Prescription Fee: $ _____ Total: $ 6

HCP's Signature: _____

I understand that in accordance with Dept. Reg. No B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency requests and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation.

refused - Damn Jon 7. 392896          5/17/21   MSgt Dorsey 593
Offender's Signature    DOC#            Date      Witness Signature

Original - Offender's Medical Record    Yellow - Business Office    Pink - Offender's Copy

756938

Form HC-01-A
20 March 2019     Request for Medical Treatment Institution: _CSP_

_Zlatko Brujac_ _392896_ _45_ _CBD_ _Prev Seg_
Name     DOC#     Age     Housing     Job Assignment

OFFENDER TO COMPLETE THIS SECTION ONLY— COMPLAINT AND/OR REQUEST:     _1900_

_H/S x4 Day_

_Pt States Sgt on Day shift threw tray at him_

Health Care Personnel Screening: Date: _5/17/21_ Time: _19:12_ Location Seen: _CBD_

(Circle One) **Emergency** / Routine Sick Call / Work Related Allergies: _NKDA_

B/P _132/46_ Pulse _74_ Resp _18_ Temp _98.6_ Other _A/oy 100% c_

Assessment/Comment: _Pt C/O having a Breakfast tray thrown at him
by security Pt States he has been on H/S for 4x days but
has't been seen. Denies trauma Denies pain Ø S/S
trauma Ø Bruising Pt urinated this afternoon Ø /m
this am, drinking water Skin turgor normal.
Pt Request to see Dr. for surgery studies_

| Disposition: | Health Care Practitioner Notes: |
|---|---|
| MD<br>Review | Cont<br>H/S<br>prob... |
| **New Medications Ordered:**<br><br>Ø<br><br>Total #: Ø | |
| Screener's Signature: _B Halen 604_ | HCP's Signature: _(RS)_     Date: _5/20/21_ |

☑ No Fees ☐ $3 Access Fee ☐ $6 Access Fee ☐ $2 for each Prescription Fee: $ _Ø_ Total: $ _Ø_

I understand that in accordance with Dept. Reg. No B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency requests and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation.

_[signature]_     _392896_     _5/17/21_     _B Halen_
Offender's Signature     DOC#     Date     Witness Signature